ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  melanie.morgan@akerman.com
Email:  natalie.winslow@akerman.com

*Attorneys for Recontrust Company, N.A.,
Countrywide Home Loans, Inc., and
NewRez LLC d/b/a Shellpoint Mortgage Servicing*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICOLE FOSS, a resident of the State of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA, a Delaware corporation; U.S. BANK NATIONAL ASSOCIATION, a national bank incorporated in the United States, both individually and as trustee of NRZ RECOVERY TRUST; RECONTRUST COMPANY, N.A., incorporated in the United States, both individually and as trustee of COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE HOME LOANS INC., a New York corporation; HSBC FINANCE CORPORATION, a Delaware corporation, NEWREZ LLC, a Delaware limited liability company; DITECH FINANCIAL LLC, a Delaware limited liability company; and DOES 1-10 and ROE CORPORATIONS 1-10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01421-RFB-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

. . .

. . .

{68366107;1}

PLEASE TAKE NOTE that plaintiff, Nicole Foss, and defendants Recontrust Company, N.A., Countrywide Home Loans, Inc., and NewRez LLC d/b/a Shellpoint Mortgage Servicing, by and through their respective counsel of record, hereby stipulate and agree to dismiss all claims with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this 1st day of February, 2023.

| **AKERMAN LLP** | **KEVIN E. BECK, LTD.** |
|---|---|
| */s/ Melanie D. Morgan* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> MELANIE D. MORGAN, ESQ. <br> Nevada Bar No. 8215 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Recontrust Company, N.A., Countrywide Home Loans, Inc., and NewRez LLC d/b/a Shellpoint Mortgage Servicing* | */s/ Kevin E. Beck* <br> KEVIN E. BECK, ESQ. <br> Nevada Bar No. 8371 <br> 3137 E. Warm Springs Road, Suite 100 <br> Las Vegas, NV 89120 <br><br> *Attorneys for Nicole Foss* |

**ORDER**

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 3rd day of February, 2023.

2

{68366107;1}